UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>TERANCE RAY WELLS,<br><br>       Defendant | Case No.: **16-CR-0840-DMS**<br><br>**ORDER AND JUDGMENT TO DISMISS WITH PREJUDICE** |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above entitled case be dismissed, with prejudice.

IT IS SO ORDERED.

DATED: 3/14/17

HONORABLE MITCHELL D. DEMBIN
United States Magistrate Judge